```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**METROPOLITAN LIFE INSURANCE COMPANY,**

    **Plaintiff,**

v.  //  CIVIL ACTION NO. 1:07CV19
                          (Judge Keeley)

**DENNIS M. GRIFFITH, BRENDA K. UTT
and DAVIS-WEAVER FUNERAL HOME, INC.,**

    **Defendants.**

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference in this matter currently scheduled for July 23, 2007 at 10:30 a.m. is **RESCHEDULED** for **July 24, 2007 at 10:30 a.m.** All other dates set forth in the First Order and Notice Regarding Discovery and Scheduling remain in full force and effect.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: July 5, 2007.

                                  /s/ Irene M. Keeley
                                  IRENE M. KEELEY
                                  UNITED STATES DISTRICT JUDGE