```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**METROPOLITAN LIFE INSURANCE COMPANY,**

    **Plaintiff,**

**v.**                                      **CRIMINAL NO. 1:07CV19**
                                                        (Judge Keeley)

**DENNIS M. GRIFFITH,**
**BRENDA K. UTT,**
**DAVIS-WEAVER FUNERAL HOME, INC.,**

    **Defendants.**

### ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER AND CANCELING THE JULY 24, 2007 SCHEDULING CONFERENCE

On July 23, 2007, counsel for the plaintiff advised the Court that the issues raised and suggested by the above-styled civil action have been resolved and that this civil action may be ended and removed from the active docket of the Court. Accordingly, the scheduling conference scheduled for **July 24, 2007 at 10:30 a.m.** is **CANCELED**.

The Court **DIRECTS** counsel for plaintiff to prepare an appropriate dismissal order and to forward the same to the Court, with copies to all counsel of record in this civil action, within thirty (30) days from the date of the entry of this Order. Counsel may file any objections which they may have within ten (10) days from the receipt of the proposed dismissal order. Absent objections from counsel within the time allotted, the order will be entered concluding this civil action and removing the same from the active docket of the Court.

**METLIFE v. GRIFFITH <u>et</u> <u>al</u>**                                          **1:07cv19**

**ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER
AND CANCELING THE JULY 24, 2007 SCHEDULING CONFERENCE**

It is so **ORDERED**.

The Clerk is directed to transmit a copy of this Order to counsel of record and all <u>pro</u> <u>se</u> defendants.

DATED: July 23, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE