UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE CO. | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:07cv00019-IMK |
| DENNIS M. GRIFFITH<br>BRENDA K. UTT<br>DAVIS-WEAVER FUNERAL HOME, INC. | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF COURT

AND NOW, this 23rd day of August, 2007, upon consideration of MetLife's Motion for Extension of Time to File Proposed Dismissal Order, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Counsel for Plaintiff shall prepare an appropriate dismissal order and forward the same to the Court and all counsel of record within ten (10) days from the date of the entry of this Order.

In all other respects, the Order Directing Counsel to Submit Dismissal Order and Canceling the July 24, 2007 Scheduling Conference dated July 23, 2007 shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE