```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**METROPOLITAN LIFE INSURANCE COMPANY,**

      **Plaintiff,**

**v.**                          //    CIVIL ACTION NO. 1:07CV19
                                         (Judge Keeley)

**DENNIS M. GRIFFITH, BRENDA K. UTT**
**and DAVIS-WEAVER FUNERAL HOME, INC.,**

      **Defendants.**

## ORDER DENYING DEFENDANT BRENDA K. UTT'S MOTION FOR ORDER DIRECTING PAYMENT OF POLICY PROCEEDS

On September 5, 2007, this Court dismissed this case with prejudice. Therefore, this Court **DENIES AS MOOT** Defendant Brenda K. Utt's Motion For Order Directing Payment of Policy Proceeds (dkt. no. 22).

IT IS SO **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: October 16, 2007.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE